GLOVER REALTY, INC. & another *vs.* BOARD OF APPEALS OF SWAMP-SCOTT & another. January 10, 1973. This is an appeal from a decree of a Superior Court judge sustaining the action of the defendant board in granting a special permit for the construction of a drive-in car wash and a motor vehicle inspection bay. This was to be an addition to an existing gasoline filling station located in a Business B–3 District in the town of Swampscott. Under that town's zoning by-law, commercial buildings in such a district may include a public garage or gasoline filling station "provided permission is obtained from the Board of Appeals." The plaintiffs contend that the board failed to ". . . [set] forth clearly the reason or reasons for its decisions" as required by G. L. c. 40A, § 18. However, the board in granting its permit laid down six definite conditions relating to the operation of the new structure which seem to us to stand as reasons for their action. *Shoppers' World, Inc.* v. *Beacon Terrace Realty, Inc.* 353 Mass. 63, 67. It is further apparent that a drive-in car wash and a motor vehicle inspection bay are logical adjuncts to a garage in its operation. See *Rando* v. *Board of Appeals of Bedford,* 348 Mass. 296, 298. The judge heard testimony and took a view. We find no error in his action. The Chief Justice took no part in this case.

*Decree affirmed.*

*H. D. Linscott* for the plaintiffs.
*Richard Coughlin* for Kernco, Inc.